**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 CASE |
| BELTRAN, DENNIS A ) | |
| ) | CASE NO. 07 B 01617 |
| ) | |
| ) | JUDGE JACQUELINE P. COX |
| Debtor(s) ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 South Dearborn, Courtroom 619
         Chicago, Illinois 60604

    on:  **September 23, 2008**
    at:  9**:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                  $       2,018.28

    b. Disbursements                             $           0.00

    c. Net Cash Available for Distribution $   2,018.28


4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 504.57 | $ |
| Trustee | $ 0.00 | $ | $ 83.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $6,946.00, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $20.60%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Nelnet | $ 6,946.00 | $ 1,430.71 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee

      may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **August 27, 2008**  For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1          Date Rcvd: Aug 27, 2008
Case: 07-01617                 Form ID: pdf002          Total Served: 14

The following entities were served by first class mail on Aug 29, 2008.
db         +Dennis A Beltran,    4812 N. Winchester Ave #1,   Chicago, IL 60640-4007
aty         Richard M Norton,    Chicago, IL  60604
aty        +Terrance S Leeders,    Leeders & Associates, Ltd,   20 E Jackson Blvd,   Suite 850,
             Chicago, IL 60604-2293
tr         +David P Leibowitz, ESQ,    Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
11151744   +Alliance One Receivables Management,    1160 Centre Pointe Dr. #1,   Mendota, MN 55120-1270
11151745   +Att&t Universal/ Citibank,    Po Box 6241,   Sioux Falls, SD 57117-6241
11151746   +Capital 1 Bk,    11013 W Broad St,   Glen Allen, VA 23060-5937
11151747    ISAC,   1755 Lake Cook Rd,   Deerfield, IL 60015-5209
11151748   +Monogram Bank N America,    Po Box 17054,   Wilmington, DE 19884-0001
11611818   +Nelnet,   6420 Southpoint Parkway,    Jacksonville, FL 32216-0944
11151749   +Nelnet Lns,    Po Box 1649,   Denver, CO 80201-1649
11151750   +Ridia Beltran,    5510 NW 174 Drive,   Opa Locka, FL 33055-3537
11151751   +Vw Bank Usa,    5295 S. 300 W Ste 500,   Salt Lake City, UT 84107-4720

The following entities were served by electronic transmission on Aug 28, 2008.
11619349      E-mail/PDF: vci.bkcy@vwcredit.com Aug 28 2008 05:30:48      VW Credit,   1401 Franklin Boulevard,
               Libertyville, Illinois 60048
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 29, 2008**                **Signature:**   *Joseph Speetjens*